■ LOUIS PERNA, Respondent-Appellant, v. MARTHA PERNA, an Infant, by Her Guardian ad Litem, MARGARET MAURER, Appellant-Respondent.— Motion by defendant granted to the extent of dispensing with the printing of the record and brief on her appeal and dispensing with the printing of her brief on the plaintiff's cross appeal. In all other respects, the motion is denied, without prejudice to such application at Special Term, as defendant may be advised, with respect to an allowance of counsel fees. Defendant's appeal will be heard on the original papers and on a typewritten brief. She is directed to file six copies of her brief as appellant and six copies of her brief as respondent, and to serve one copy of each upon the plaintiff. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ JOHN H. PRENTISS, Respondent, v. NORMAN HEATING CO., INC., Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant argue or submit the appeal at the January 1961 Term. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE AIKEN, Appellant.— Motion by appellant to revoke the designation of assigned counsel and to assign new counsel, granted. The designation heretofore made of Abraham H. Brodsky, Esq., as counsel to prosecute the appeal, is revoked, and in his place Anthony A. Marra, Esq., 100 Centre St., New York 13, New York, is designated. The appeal is ordered on the calendar for the January 1961 Term. Appellant's time to serve and file his brief is extended to December 14, 1960. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. BYRD, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. The appeal is ordered placed on the calendar for said term. Motion for assignment of counsel granted. Harold M. Leeds, Esq., 2079 Wantagh Avenue, Wantagh, New York, is assigned as counsel to prosecute the appeal. Motion to direct respondent to furnish a copy of the trial minutes denied. The minutes may be inspected at the office of the Clerk of the court (see Code Crim. Pro., § 456). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE FRANKLIN COLLINS, Appellant.— Motion by respondent to dismiss appeal granted. Motion by appellant to dispense with printing, dismissed as academic. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS FORD, Appellant.— On the court's own motion, the decision handed down September 26, 1960 (ante, p. 952), is amended by striking out the designation of Harry Heller, Esq., as counsel to prosecute the appeal, and by designating Benjamin Massey, Esq., 141 Broadway, New York, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.